IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JESUS SIDON, | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-664-O |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Review of the criminal case docket sheet associated with the instant Motion for Compassionate Release, *United States v. Sidon*, No. 4:16-cr-122-O (06) (N.D. Tex. 2017), reflects that all motions pending in this case, including the Motion for Compassionate Release, have been resolved by orders entered in the criminal case. Accordingly, the **Clerk of Court** shall close this case.

**SO ORDERED** this **1st day** of **October 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE